MORA v. FOOTE, DISTRICT JUDGE.

APPLICATION for a Writ of *Certiorari.*

No. 61.—Decided January 31, 1910.

CERTIORARI—BOND.—The writ of *certiorari* will not issue when the only question raised in the application is the determination of the nature of a contract constituting a bond, because such is not a matter of procedure.

The facts are stated in the opinion.
*Mr. José A. Poventud* for petitioner.

MR. JUSTICE WOLF delivered the opinion of the court.

This was an application for a writ of *certiorari*. It involved the question of what sort of guarantor Mr. Rosaly became by reason of an instrument which he had signed and the petitioner alleged that the judgment violated the provisions of section 1723, paragraph two, of the Civil Code in connection with section 1111 of the same Code. There was no question of procedure involved. Hence this court is without jurisdiction to review the case and the writ of *certiorari* must be annulled.

*Writ annulled.*

Chief Justice Hernández and Justices Figueras, MacLeary and del Toro concurred.